Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56635.—Gimbel Bros., Inc. v. United States, protests 156316–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56636.—Gimbel Bros., Inc. v. United States, protests 164387–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags similar in all material respects to those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56637.—Gimbel Bros., Inc. v. United States, protests 168034–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 6, 1952

No. 56638.—Julius Wile Sons & Co., Inc. v. United States, protests 948254–G, etc. (New York).